JAMES F. GILKINSON, Respondent, v. JOSEPH G. BRENNER, Appellant.— Judg-

ment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.